■ The People of the State of New York, Respondent, v Bobbie Williams, Appellant. [44 NYS3d 775]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed February 14, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see*

*People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Rennick*, 123 AD3d 1146 [2014]; *People v Reyes*, 121 AD3d 820 [2014]; *People v Coleman*, 116 AD3d 708 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.